479 A.2d 1131

Commonwealth v. Scott, Appellant.

Submitted June 21, 1984.

Robert G. Kochems, Assistant Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before TAMILIA, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

481 A.2d 363

Detzi, Appellant, v. Matlock.

Reargument Denied Sept. 26, 1984.

Petition for Allowance of Appeal
Granted March 25, 1985.

Argued June 11, 1984.

James V. Fareri, for appellant; Alan B. McFall, for appellee.

Before CIRILLO, BECK and CERCONE, JJ.

Judgment affirmed.